**Rosie L. KELLY, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2012–7062.**

United States Court of Appeals, Federal Circuit.

Jan. 15, 2013.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, KS, argued for claimant-appellant.

Eric P. Bruskin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Martin F. Hockey, Jr. Assistant Director, and James Sweet, Trial Attorney. *Of counsel on the brief was Michael J. Timinski, Deputy Assistant General Counsel and Tracey Warren, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

DYK, BRYSON, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**